IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-02-GF–BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| GILBERT DUANE BRADLEY | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Change of Plea Hearing is **RESE**T for **Monday, March 13, 2017 at 2:30 p.m.** before the undersigned.

DATED this 7th day of March, 2017.

_____
Brian Morris
United States District Court Judge