# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GILBERT DUANE BRADLEY,<br><br>Defendant. | Case No. CR 17-02-GF-BMM<br><br><br>**ORDER** |

Defendant Gilbert Duane Bradley, having filed a motion to continue the previously scheduled hearing on his motion for early termination of supervised release and to appear via video for that hearing, and there being no objection from the Government;

IT IS HEREBY ORDERED the Defendant, Gilbert Duane Bradley may appear via Zoom for the motion for early termination of supervised release;

IT IS HEREBY ALSO ORDERED the hearing on the motion for early termination of supervised release is reset for December 16th, 2020 at 11:00 a.m.

DATED this 25th day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1