# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GILBERT DUANE BRADLEY,<br><br>                Defendant. | CR-17-02-GF-BMM<br><br>**ORDER** |

Defendant Gilbert Duane Bradley has moved for early termination of his current term of supervised release. (Doc. 28). The Government objects. (Doc. 31). The Court conducted a hearing on the motion on December 16, 2020. The Court informed the parties that it would grant Bradley's motion on March 13, 2021, if Bradley continued to comply with the terms of his supervised release. No issues having been reported in the interim, the Court determines that good cause exists to grant Bradley's motion for early termination of his supervised release term.

Accordingly, **IT IS HEREBY ORDERED** that Bradley's Motion for Early Termination of Supervised Release (Doc. 28) is **GRANTED**.

DATED this 17th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court